UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 17-24103-CIV-COOKE/GOODMAN

TIKD SERVICES LLC,

    Plaintiff,

v.

THE FLORIDA BAR, et al.,

    Defendants.

_____/

**POST-HEARING ADMINISTRATIVE ORDER**

On January 9, 2018, the Undersigned held a hearing [ECF No. 57] on the Florida Bar defendants' motion to disqualify attorneys Ramón A. Abadin and Peter D. Kennedy. [ECF No. 18]. At the hearing, the Undersigned **ordered** as follows:

By Tuesday, January 16, 2018,[1] the Florida Bar defendants shall file under seal on CM/ECF copies of all privileged materials they allege Mr. Abadin received in connection with the factual and legal issues involved in this case and related to the UPL proceedings involving TIKD Services LLC. By that same deadline, the Florida Bar defendants shall also file a public notice on CM/ECF, listing the documents that they will file under seal and setting forth the same type of limited identifying information

---

[1] At the hearing, the Undersigned set Monday as the deadline, but that day is Martin Luther King Day, a federal holiday.

typically included in a privilege log. Also by January 16, the Florida Bar defendants shall deliver a courtesy copy of both filings to chambers.

Likewise by January 16, 2018, the parties shall file on CM/ECF a memorandum of law of no more than 10 doubled-spaced pages (excluding certificate of service and signature block). The memoranda is limited to discussing whether the Florida Bar consenting to Mr. Abadin representing TIKD in UPL proceedings before it undermines the disqualification motion in this case under the concepts of waiver, estoppel, laches, or fundamental notions of fairness. The memoranda must also discuss the case of *Cox v. American Cast Iron Pipe Co.*, 847 F.2d 725 (11th Cir. 1988), and may discuss the significance, if any, of Mr. Harkness's reaction to Mr. Abadin's involvement in this case.

Lastly, as soon as practicable, the parties shall order the transcript of the January 9, 2018 hearing on an expedited basis to ensure that it is filed on CM/ECF. The parties shall share the court-reporting cost.[2]

**DONE AND ORDERED** in Chambers, at Miami, Florida, on January 9, 2018.

Jonathan Goodman
UNITED STATES MAGISTRATE JUDGE

---

[2] The Undersigned did not give this last instruction at the hearing, but does so in this Order upon further reflection.

**<u>Copies furnished to:</u>**
The Honorable Marcia G. Cooke
All counsel of record