## AGREEMENT

For consideration of the legal benefits and detriments set forth herein, Gold and Associates, P.A. d/b/a The Ticket Clinic, together with Mark S. Gold and Ted Hollander (together, "the Ticket Clinic"); and Tikd Services, LLC, together with Christopher Riley and Tikd Holdings Corporation (together, "Tikd"), agree as of this 10ᵀᴴ day of August, 2017 (the "Effective Date") as follows:

1. Tikd shall voluntarily dismiss its lawsuit pending in Miami-Dade County, Florida (Case No. 2017-008798-CA-01), and the Ticket Clinic shall dismiss its lawsuit pending in Broward County, Florida (Case No. CACE17-006744) (the "Lawsuits"). The parties shall each file a Notice of Voluntary Dismissal in the above-referenced cases within three (3) business days of execution of this Agreement. Either party shall have the right to petition the appropriate Court for immediate relief should the other party fail to file the Notice of Voluntary Dismissal pursuant to its obligation under this paragraph, with the failing party responsible for all attorneys' fees incurred to compel performance. The parties agree the voluntary dismissals of the above-referenced cases shall be without prejudice.

2. The parties agree to the following stipulation (the "Stipulation"), which shall remain in effect until the earlier of: (a) the time when The Florida Bar concludes its investigation of Tikd and any further proceedings pending in that

matter pursuant to Rule 10-7.1, or any other Rules, of the Rules Regulating The Florida Bar; or (b) eight (8) months from the Effective Date of this Agreement (the "Term"). At the conclusion of the Term, the parties may agree to extend the Term or otherwise renegotiate this Stipulation. If, at the conclusion of the Term, the parties do not agree to extend the Term and/or do not reach agreement on renegotiated terms of the Stipulation, this Stipulation shall expire and be of no further force or effect.

(a)     The parties agree that lawsuits with the same subject matter of the above-referenced Lawsuits will not and cannot be re-filed until the expiration of the Term. For the purpose of clarity, the foregoing restriction on re-filing of lawsuits "with the same subject matter" refers to legal claims relating to the same or similar facts and/or issues asserted in the Lawsuits. This restriction shall not prevent any party from filing a lawsuit against the other party based on new or different conduct that may give rise to a cause of action against the other party.

(b)   Additionally, each party, on behalf of itself and all of its affiliates, employees and agents, agrees that it will not use the other party's name, or the name "the Clinic" or "Clinic" in any Google AdWords advertisements, or other similar advertisements on any other search engines, such as Bing or the like.

(c)     Each party further agrees that it will not use the other party's name as a "keyword" or "search term" in connection with any Google AdWords

advertisements. In addition, Tikd, and all of its affiliates, employees and agents, agree to use the following "negative keyword" terms in connection with any Google AdWords advertisements, so that searches containing these terms will not result in a Tikd advertisement: "the Ticket Clinic," "ticketclinic," and/or "theticketclinic, as well as any other words of similar reference to the Ticket Clinic. The Ticket Clinic, and all of its affiliates, employees and agents, agree to use the following "negative keyword" terms in connection with any Google AdWords advertisements, so that searches containing these terms will not result in a Ticket Clinic advertisement: "Tikd," "tikd," "Tikd.com," as well as any other words of similar reference to Tikd.

(d) As part of this Stipulation, the parties agree to instruct Google, Bing or any other search engines to immediately remove any currently used advertisements that are prohibited by this Stipulation.

3. In the event of breach by either party of the obligations and duties in paragraph 2 of this Agreement, the parties agree that the non-breaching party, without forfeiting the right to any claim for damages, shall be entitled to immediate injunctive relief, as well as an award of attorney's fees to enforce the obligation and remedy the breach.

4. This Agreement is for the benefit of and binds not only the parties, but also all of their affiliates, employees and/or agents.

5. This Agreement may be executed in counterparts, each of which shall be deemed an original but all of which taken together shall constitute one and the same instrument. The parties agree that a photocopy, facsimile copy, or scanned copy of an executed signature may be used in place of an original executed signature for any purpose.

IN WITNESS WHEREOF, the parties have executed this Agreement as of the date when the last party to sign has executed this Agreement.

Tikd Services, LLC

By: Christopher Riley

Title: Founder / Chief Executive Officer

Date: 8/10/17

Tikd Holdings Corporation

By: Christopher Riley

Title: Founder / Chief Executive Officer

Date: 8/10/17

Gold and Associates, P.A.,
d/b/a The Ticket Clinic

By: MARK GOLD

Title: Pres

Date: 5/10/17

Mark S. Gold

Date: 5/10/17

Christopher Riley

Date:
8-10-17

Ted Hollander

Date: 8-8-17

the ticket clinic 5814781210 Aug/08/2017 11:23:30 AM