# Supreme Court of Florida

500 South Duval Street
Tallahassee, Florida 32399-1925

JORGE LABARGA
CHIEF JUSTICE
BARBARA J. PARIENTE
R. FRED LEWIS
PEGGY A. QUINCE
CHARLES T. CANADY
RICKY POLSTON
JAMES E. C. PERRY
JUSTICES

JOHN A. TOMASINO
CLERK OF COURT

SILVESTER DAWSON
MARSHAL

January 20, 2016

John F. Harkness, Jr.
Executive Director
The Florida Bar
651 E. Jefferson Street
Tallahassee, FL 32399-6584

Dear Mr. Harkness:

The Court has reviewed and considered the recent decision in N.C. State Board of Dental Exam'rs v. FTC, 135 S. Ct. 1101 (2015). First, the Court is of the view that neither the Court collectively nor the individual members of the Court are "active market participants" and we are prohibited from being "active market participants." Secondly, the Court is of the view that the Court is engaged in "active supervision" of actions and policies that impact the legal profession.

However, to be cautious and conservative in our consideration of the issues involved with this subject matter, we request that The Florida Bar conduct an internal review and analysis to make certain that all actions, conduct, and policies conform and comply with federal law and any related guidelines. We request that The Florida Bar report to this Court the findings of the internal analysis and submit any recommendations for consideration by the Court with regard to the active supervision by the Court of actions and policies of The Florida Bar.

Sincerely,

Jorge Labarga

Jorge Labarga