UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No.: 17-24103-Civ-COOKE/GOODMAN

TIKD SERVICES LLC,

    Plaintiff,

vs.

THE FLORIDA BAR, MICHAEL J. HIGER,
JOHN F. HARKNESS, LORI S. HOLCOMB,
et al.,

    Defendants
_____/

## STIPULATION OF FACTS AND NOTICE OF DISMISSAL WITHOUT PREJUDICE OF CLAIMS AGAINST INDIVIDUAL BAR DEFENDANTS

    Plaintiff TIKD Services LLC ("TIKD") and Defendants The Florida Bar, Michael J. Higer, John F. Harkness, Lori S. Holcomb and Jacquelyn P. Needelman (the "Bar Defendants") hereby file this Stipulation of Facts and Notice of Dismissal Without Prejudice of Claims Against Individual Bar Defendants, and state as follows:

    The Bar Defendants hereby stipulate that Defendants Michael J. Higer, John F. Harkness, Lori S. Holcomb and Jacquelyn P. Needelman acted in the course and scope of their employment or office when carrying out their duties for The Florida Bar related to the matters at issue in this lawsuit.

    In reliance on the above stipulation, TIKD hereby gives notice of dismissal without prejudice of its claims against Defendants Michael J. Higer, John F. Harkness, Lori S. Holcomb and Jacquelyn P. Needelman as individual defendants in the above-styled lawsuit.

    TIKD's Complaint against Michael J. Higer, John F. Harkness, Lori S. Holcomb and Jacquelyn P. Needelman was filed on November 8, 2017 and its First Amended Complaint was filed on January 29, 2018. Michael J. Higer, John F. Harkness, Lori S. Holcomb and Jacquelyn P. Needelman have not served either an answer or a motion for summary judgment, and therefore TIKD may dismiss its claim by filing this notice. *See*

Fed. R. Civ. P. 41(a)(1)(A)(i).

The parties to this stipulation agree and acknowledge that this stipulation is not intended as a waiver of any party's position regarding the merits of the claims brought in this matter or any other rights.

The parties also acknowledge that TIKD's claims against the State Bar President and Executive Director, in their official capacities only, remain in place. Michelle R. Suskauer and Joshua E. Doyle, in their official capacities as the current President and the current Executive Director of The Florida Bar respectively, are to be substituted in place of Defendants Michael J. Higer and John F. Harkness, Jr.

A proposed agreed order is attached for the Court's convenience.

Respectfully submitted,

*/s/ Robert J. Kuntz, Jr.*
Robert J. Kuntz, Jr.
Florida Bar No. 094668
rkuntz@devinegoodman.com
DEVINE GOODMAN RASCO &
WATTS-FITZGERALD, LLP
2800 Ponce De Leon Blvd., Suite 1400
Coral Gables, FL 33134
Telephone: 305/374-8200
305/374-8208 (fax)

*/s/ Peter D. Kennedy*
Peter D. Kennedy
Texas Bar No. 11296650
pkennedy@gdhm.com
Admitted *pro hac vice*
David A. King
Texas Bar No. 24083310
dking@gdhm.com
Admitted *pro hac vice*
GRAVES, DOUGHERTY, HEARON & MOODY, P.C.
401 Congress Ave., Suite 2200
Austin, Texas 78701
Telephone: (512) 480-5764
Facsimile: (512) 536-9908

**ATTORNEYS FOR PLAINTIFF
TIKD SERVICES LLC**

/s/ *Kevin W. Cox*
Kevin W. Cox (FBN 34020)
kevin.cox@hklaw.com
shannon.veasey@hklaw.com
HOLLAND & KNIGHT LLP
315 S. Calhoun Street
Tallahassee, Florida 32309
Telephone: (850) 425-5624
Facsimile: (850) 224-8832

Jerome W. Hoffman (FBN 0258830)
jerome.hoffman@hklaw.com
Dominic C. MacKenzie (FBN 705690)
donny.mackenzie@hklaw.com
HOLLAND & KNIGHT LLP
50 North Laura Street, Suite 3900
Jacksonville, Florida 32202
Telephone: (904) 353-2000
Facsimile: (904) 358-1872

Markenzy Lapointe (FBN 172601)
markenzy.lapointe@pillsburylaw.com
PILLSBURY WINTHROP SHAW PITTMAN LLP
600 Brickell Ave. Ste. 3100
Miami, FL 33131-3089
Telephone: (786) 913-4805
Facsimile: (786) 924-8210

**ATTORNEYS FOR DEFENDANTS THE FLORIDA BAR, MICHAEL J. HIGER, JOHN F. HARKNESS, LORI S. HOLCOMB, AND JACQUELYN P. NEEDELMAN**

## CERTIFICATE OF SERVICE

I certify that a true and complete copy of the foregoing was served on counsel below in a manner authorized by the Federal Rules of Civil Procedure on July 9, 2018:

Kevin Cox
HOLLAND & KNIGHT LLP
315 S. Calhoun Street, Ste. 300
Tallahassee, FL  32301
kevin.cox@hklaw.com

Dominic C. MacKenzie
Jerome Wayne Hoffman
HOLLAND & KNIGHT LLP
50 N. Laura St., Ste. 3900
Jacksonville, FL  32202
donny.mackenzie@hklaw.com
jerome.hoffman@hklaw.com

Steven I. Peretz
PERETZ CHESAL & HERRMANN PL
2 S. Biscayne Blvd., Ste. 3700
Miami, FL 33131
speretz@pch-iplaw.com

Markenzy Lapointe
PILLSBURY WINTHROP SHAW PITTMAN LLP
600 Brickell Ave., Ste. 3100
Miami, FL 33131
markenzy.lapointe@pillsburylaw.com

Gregg D. Thomas
James J. McGuire
Allison K. Simpson
THOMAS & LOCICERO PL
601 South Boulevard
Tampa, FL 33606-2629
gthomas@tlolawfirm.com
jmcguire@tlolawfirm.com
asimpson@tlolawfirm.com

Chris Kleppin
GLASSER & KLEPPIN, P.A.
9862 W. Broward Blvd., Ste. 105
Plantation, FL 33324
ckleppin@gkemploymentlaw.com

/s/ *Peter D. Kennedy*
Peter D. Kennedy