UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 17-24103-Civ-COOKE/GOODMAN

TIKD SERVICES LLC,

    Plaintiff,

vs.

THE FLORIDA BAR, MICHAEL J. HIGER
JOHN F. HARKNESS, LORI S. HOLCOMB,
et al.,

    Defendants.

_____/

### ORDER OF DISMISSAL WITHOUT PREJUDICE

    THIS MATTER is before me on the parties' Stipulation of Facts and Notice of Dismissal Without Prejudice of Claims Against Individual Bar Defendants (ECF No. 173). It is hereby **ORDERED and ADJUDGED** that all claims for relief asserted by Plaintiff TIKD Services LLC against Defendants Michael J. Higer, John F. Harkness, Lori S. Holcomb and Jacquelyn P. Needelman in the above-styled lawsuit are **DISMISSED** *without prejudice*, except that Plaintiff's claims against the State Bar President and Executive Director, in their official capacities only, remain in place. Michelle R. Suskauer and Joshua E. Doyle, in their official capacities as the current President and the current Executive Director of The Florida Bar respectively, are hereby substituted in place of Defendants Michael J. Higer and John F. Harkness, Jr.

    **DONE and ORDERED** in chambers at Miami, Florida, this 10th day of July 2018.

*[signature: Marcia G. Cooke]*
MARCIA G. COOKE
United States District Judge

Copies furnished to:
*Jonathan Goodman, U.S. Magistrate Judge*
*Counsel of Record*