UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

TIKD SERVICES LLC,

        Plaintiff,

v.

                                              CASE NO: 1:17-cv-24103-MGC

THE FLORIDA BAR, et al.,

        Defendants.

_____/

### JOINT STIPULATION FOR DISMISSAL
### OF TICKET CLINIC DEFENDANTS WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and by stipulation of the Parties hereto, Plaintiff TIKD Services, LLC hereby dismisses with prejudice all of its claims against Defendants Gold and Associates, P.A., Mark S. Gold, Ted L. Hollander, Robert Azcano, Jeffery R. Lotter, and Robert R. Willhoit (the "Ticket Clinic Defendants"), each party to bear its own fees and costs.

Respectfully submitted,

| | |
|---|---|
| DEVINE GOODMAN RASCO & WATTS-FITZGERALD, LLP | THOMAS & LOCICERO PL |
| s/ *Robert J. Kuntz, Jr.* | /s *James J. McGuire* |
| Robert J. Kuntz, Jr. | Gregg D. Thomas |
|   Florida Bar No. 094668 |   Florida Bar No. 223913 |
| rkuntz@devinegoodman.com | James J. McGuire |
| 2800 Ponce De Leon Blvd., Ste. 1400 |   Florida Bar No. 0187798 |
| Coral Gables, FL  33134 | Allison Kirkwood Simpson |
| Telephone: (305) 374-8200 |   Florida Bar No. 86036 |
| Facsimile:  (305) 374-8208 | 601 South Boulevard |
| | Tampa, FL  33606 |
| | Telephone: (813) 984-3060 |
| *and* | Facsimile:  (813) 984-3070 |
| | gthomas@tlolawfirm.com |
| | jmcguire@tlolawfirm.com |
| | asimpson@tlolawfirm.com |

| | and |
|---|---|
| Peter D. Kennedy<br>GRAVES, DOUGHERTY, HEARON<br>& MOODY, P.C.<br>  Texas Bar No. 11296650<br>pkennedy@gdhm.com<br>Admitted *pro hac vice*<br>401 Congress Ave., Suite 2200<br>Austin, Texas 78701<br>Telephone: (512) 480-5764<br>Facsimile:  (512) 536-9908 | Chris Kleppin<br>GLASSER & KLEPPIN, P.A.<br>  Florida Bar No. 625485<br>8751 W. Broward Blvd., Suite 105<br>Plantation, FL 33324<br>Telephone (954) 424-1933<br>Facsimile  (954) 474-7405<br>ckleppin@gkemploymentlaw.com |
| **Attorneys for TIKD Services, LLC** | **Attorneys for The Ticket Clinic Defendants** |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing document is being electronically filed and will be furnished via CM/ECF and via Electronic Mail on September 27, 2018, to:

| | |
|---|---|
| Robert J. Kuntz, Jr.<br>Devine Goodman Rasco &<br>Watts-Fitzgerald, LLP<br>2800 Ponce De Leon Blvd., Ste. 1400<br>Coral Gables, FL  33134<br>rkuntz@devinegoodman.com | Peter D. Kennedy, Esq.<br>David A. King, Esq.<br>Graves Dougherty Hearon & Moody, P.C.<br>401 Congress Avenue, Suite 2200<br>Austin, Texas 78701<br>pkennedy@gdhm.com<br>dking@gdhm.com |
| Kevin Cox, Esq.<br>Holland & Knight LLP<br>15 S. Calhoun Street, Suite 300<br>Tallahassee, FL 32301<br>kevin.cox@hklaw.com | Markenzy Lapointe<br>Pillsbury Winthrop Shaw Pittman LLP<br>600 Brickell Avenue, Suite 3100<br>Miami, FL 33131<br>markenzy.lapointe@pillsburylaw.com |
| Dominic C. MacKenzie<br>Jerome Wayne Hoffman<br>Holland & Knight LLP<br>50 N. Laura Street, Suite 3900<br>Jacksonville, FL 32202<br>donny.mackenzie@hklaw.com<br>jerome.hoffman@hklaw.com | Steven I. Peretz, Esq.<br>Peretz Chesal & Herrmann PL<br>2 S. Biscayne Blvd., Suite 3700<br>Miami, FL 33131<br>speretz@pch-iplaw.com |

/s/ *James J. McGuire*
Attorney