## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### Case No. 17-24103-Civ-COOKE/GOODMAN

TIKD SERVICES LLC,

     Plaintiff,

vs.

THE FLORIDA BAR, et al.,

     Defendants.

_____/

### ORDER OF DISMISSAL

THIS MATTER is before me on the Joint Stipulation for Dismissal of Ticket Clinic Defendants with Prejudice (ECF No. 240). It is hereby **ORDERED and ADJUDGED** that all claims for relief asserted by Plaintiff TIKD Services LLC against Defendants Gold and Associates, P.A., Mark S. Gold, Ted L. Hollander, Robert Azcano, Jeffery R. Lotter, and Robert R. Willhoit (the "Ticket Clinic Defendants") in the above-styled lawsuit are **DISMISSED** *with prejudice*. The Clerk of Court shall **TERMINATE** the Ticket Clinic Defendants from this case. All pending motions involving the Ticket Clinic Defendants, if any, are **DENIED** *as moot*.

     **DONE and ORDERED** in chambers at Miami, Florida, this 28th day of September 2018.

*Marcia G. Cooke*
_____
MARCIA G. COOKE
United States District Judge

Copies furnished to:
*Jonathan Goodman, U.S. Magistrate Judge*
*Counsel of Record*