UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 17-24103-Civ-COOKE/GOODMAN

TIKD SERVICES, LLC,

    Plaintiff,

vs.

THE FLORIDA BAR, et al.,

    Defendants.

_____/

**ORDER GRANTING MOTION TO DISMISS**

THIS MATTER is before me on The Florida Bar Defendants' Motion to Dismiss Complaint (ECF No. 17). I have reviewed The Florida Bar Defendants' Motion to Dismiss, the record, the relevant legal authorities, and the arguments made by the parties at the motions hearing on October 17, 2018.

For the reasons stated at the motions hearing, it is hereby **ORDERED and ADJUDGED** that The Florida Bar Defendants' Motion to Dismiss (ECF No. 17) is **GRANTED**. Plaintiff's Complaint is **DISMISSED** *with prejudice*. The Clerk shall **CLOSE** this case. All pending motions, if any, are **DENIED** *as moot*.

**DONE and ORDERED** in chambers at Miami, Florida, this 4th day of December 2018.

*[signature: Marcia G. Cooke]*
MARCIA G. COOKE
United States District Judge

Copies furnished to:
*Jonathan Goodman, U.S. Magistrate Judge*
*Counsel of record*