UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 17-24103-Civ-COOKE/GOODMAN

TIKD SERVICES LLC,

    Plaintiff,

vs.

THE FLORIDA BAR, et al.,

    Defendants.

_____/

## JOINT NOTICE OF RESOLUTION REGARDING
## TAXABLE COSTS, ATTORNEYS' FEES AND EXPENSES

The parties hereby advise the Court that the parties have resolved their disputes regarding taxable costs as well as any fees and other expenses without the need for Court intervention. TIKD's appeal of the Court's Order of Dismissal has also been voluntarily dismissed with prejudice. The parties ask that the Court reserve jurisdiction to enforce their settlement if needed, but otherwise advise that this proceeding can and should be closed.

Dated: May 6, 2019.

                                                          Respectfully submitted,

/s/ Robert J. Kuntz, Jr.
Robert J. Kuntz, Jr., Esq. (FBN 094668)
**DEVINE GOODMAN & RASCO, LLP**
2800 Ponce de Leon Blvd., Suite 1400
Coral Gables, Florida 33134
rkuntz@devinegoodman.com

Peter D. Kennedy (Tex. Bar No. 11296650)
David A. King (Tex. Bar No. 24083310)
Admitted *Pro Hac Vice*
**GRAVES, DOUGHERTY, HEARON & MOODY, P.C.**
401 Congress Ave., Suite 2200
Austin, Texas 78701
pkennedy@gdhm.com
dking@gdhm.com

*Counsel for TIKD Services, LLC*

/s/ Kevin W. Cox
Kevin W. Cox (FBN 34020)
**HOLLAND & KNIGHT LLP**
kevin.cox@hklaw.com
shannon.veasey@hklaw.com
315 S. Calhoun Street, Suite 600
Tallahassee, Florida 32309
Telephone: (850) 425-5624
Facsimile: (850) 224-8832

Jerome W. Hoffman (FBN 0258830)
jerome.hoffman@hklaw.com
50 North Laura Street, Suite 3900
Jacksonville, Florida 32202
Telephone: (904) 353-2000
Facsimile: (904) 358-1872

**PILLSBURY WINTHROP SHAW PITTMAN LLP**
Markenzy Lapointe (FBN 172601)
markenzy.lapointe@pillsburylaw.com
janel.diamond@pillsburylaw.com
600 Brickell Ave Ste 3100
Miami, FL 33131-3089
Telephone: (786) 913-4805
Facsimile: (786) 924-8210

*Counsel for TFB Defendants*