**ANTHONY E. RAMOS**
1805 Key Blvd.
Apt. 513
Arlington, VA 22201
202-236-3427
00aramos@gmail.com



July 8, 2019

Office of the Clerk - Room 8N09
United States District Court
Miami, FL 33128

      Re: TIKD Services, LLC v. The Florida Board of Bar, et. al.
      Case # 1:17-cv-24103-MGC

Dear Clerk:

Attached please find your recent letter.

Kindly remove me from the service list on this matter.

Thank you,

Anthony E. Ramos

enclosure

U.S. District Court - Southern District of Florida

```
      Anthony Eladio Ramos
      1805 Key Blvd.
      Apt. 513
      Arlington, va 22201

               _____
      Case: 1:17-cv-24103-MGC  #266      2 pages       Tue Jun 25 10:53:06 2019
               _____
```

IMPORTANT: REDACTION REQUIREMENTS AND PRIVACY POLICY

Note: This is NOT a request for information.

Do NOT include personal identifiers in documents filed with the Court, unless specifically permitted by the rules or Court Order. If you MUST include personal identifiers, ONLY include the limited information noted below:
- Social Security number: last four digits only
- Taxpayer ID number: last four digits only
- Financial Account Numbers: last four digits only
- Date of Birth: year only
- Minor's name: initials only
- Home Address: city and state only (for criminal cases only).

Attorneys and parties are responsible for redacting (removing) personal identifiers from filings. The Clerk's Office does not check filings for personal information.
Any personal information included in filings will be accessible to the public over the internet via PACER.

For additional information, refer to Fed. R. Civ. P. 5.2 and Fed. R. Crim. P. 49.1.
Also see the CM/ECF Administrative Procedures located on the Court's website www.flsd.uscourts.gov.

IMPORTANT: REQUIREMENT TO MAINTAIN CURRENT MAILING ADDRESS AND CONTACT INFORMATION

Pursuant to Administrative Order 2005-38, parties appearing pro se and counsel appearing pro hac vice must file, in each pending case, a notice of change of mailing address or contact information whenever such a change occurs. If court notices sent via the U.S. mail are returned as undeliverable TWICE in a case, notices will no longer be sent to that party until a current mailing address is provided.

IMPORTANT:  ADDITIONAL TIME TO RESPOND FOR NON-ELECTRONIC SERVICE

Additional days to respond may be available to parties serviced by non-electronic means. See Fed.R.Civ.P.6(d), Fed.R.Crim.P.45(c) and Local Rule 7.1(c)(1)(A). Parties are advised that the response deadlines automatically calculated in CMECF do NOT account for and may NOT be accurate when service is by mail.  Parties may NOT rely on response times calculated in CMECF, which are only a general guide, and must calculate response deadlines themselves.

See reverse side

Subject:Activity in Case 1:17-cv-24103-MGC TIKD Services LLC v. The Florida Bar et al
Clerk's Notice of Undeliverable Mail
This is an automatic e-mail message generated by the CM/ECF system.
Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits
attorneys of record and parties in a case (including pro se litigants) to receive one
free electronic copy of all documents filed electronically, if receipt is required by law or
directed by the filer. PACER access fees apply to all other users. To avoid later
charges, download a copy of each document during this first viewing. However, if the referenced
document is a transcript, the free copy and 30 page limit do not apply.

U.S. District Court
Southern District of Florida

Notice of Electronic Filing
The following transaction was entered on 6/25/2019 10:28 AM EDT and filed
on 6/25/2019

Case Name: TIKD Services LLC v. The Florida
Bar et al
Case Number: 1:17-cv-24103-MGC

Filer:

WARNING: CASE CLOSED on 12/04/2018

Document Number: 266


266(No document attached)


Docket Text:
FIRST Clerk's Notice of
Undeliverable Mail re [265] Order on Report and Recommendations, [264]
Order on Motion for Bill of Costs,. US Mail returned for: Anthony Eladio
Ramos. The Court has not located an updated address for this party.
After two undeliverable notices from the Court, notices will no longer be
sent to this party in this case until a correct address is provided.
(mp)

Tony Ramos
1805 Key Blvd
Apt 513
Arlington, VA
22201

Office of the Clerk - Room Sn09
U.S. District Court
400 N. Miami Ave
Miami, FL 33128